United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CEBRAM L. ROSTON,

    Petitioner,

  v.

DAVID B. LONG, Warden,

    Respondent.

Case No. 15-cv-00729-YGR (PR)

**JUDGMENT**

For the reasons set forth in this Court's Order Denying the Petition for a Writ of Habeas Corpus; and Denying Certificate of Appealability, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

IT IS SO ORDERED.

Dated: March 28, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Judge